UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-80149-CR

UNITED STATES OF AMERICA,

Plaintiff

vs.

Christine Chico-Blume

## SENTENCING MINUTES

DATE: 1/20/12  Court Reporter: Stephen Franklin
AUSA: Paul Schwartz  Defense Counsel: Mark Nurik
Deputy Clerk: Irene Ferrante

## JUDGMENT AND SENTENCE

Imprisonment **60** MONTHS as to COUNTS **two**

Probation _____ YEARS as to COUNTS _____

Supervised Release **one** YEARS as to Counts _____

✓ Association restriction ___ Employment Requirement ✓ Permissible Search ___ Deportation
___ Mental Health Treatment ___ Substance abuse treatment ___ Financial disclosure ___ No debt
___ No self-employment ___ Related concern restriction ___ Sex offender conditions

Assessment $ **100.00**  Fine _____  Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before **2:00 P.M on 4-27-12**
Recommendation to the Bureau of Prisons **RDAP - south Fla camp**

Time in court: **:30**

statement from: Gary Greenwood -
Crystal Early -
employers